| PROB 22 (Rev. 5/2015) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0643 6:18CR00028 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:23CR40 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edgar Lynn Muse | Eastern District of Kentucky | Southern Division at London |
| | NAME OF SENTENCING JUDGE | |
| | Robert E Wier, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/2/2022 | TO 3/1/2025 |

OFFENSE
Conspiracy to Distribute a Quantity of Pills Containing Oxycodone, a Schedule II Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Kentucky

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Eastern District of Tennessee    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3.28.2023
*Date*

R E Wier USDJ
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 28, 2023
*Effective Date*

Thomas A. Varlan
*United States District Judge*